**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**CESAR CABALLERO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-MJ-0035 EFB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BENCH TRIAL** |
| v. | |
| CESAR CABALLERO | |
| Defendant. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Jill Thomas, Assistant United States Attorney, and Defendant, CESAR CABALLERO, through his counsel of record, Joseph J. Wiseman, that the bench trial of Defendant now scheduled for March 29, 2011, at 10:00 a.m., be rescheduled to May 17, 2011, at 10:00 a.m.

The parties are entering into this Stipulation to provide additional time for newly

/ / / / /

1

appointed counsel to review the yet to be received discovery with Mr. Caballero.

Dated: March 28, 2011						Respectfully submitted,

								By:     /s/ Joseph J. Wiseman
								JOSEPH J. WISEMAN

								Attorney for Defendant
								CESAR CABALLERO

Dated: March 28, 2011						BENJAMIN B. WAGNER
								United States Attorney

								By:     /s/Rachama Shah
								    RACHAMA SHAH, SAUSA
								    Attorney for Plaintiff
								    UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the bench trial in the above-captioned case be continued to May 17, 2011 at 10:00 a.m.

DATED: March 28, 2011.

_____
EDMUND F. BRENNAN
United States Magistrate Judge