1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95616**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**
4
5  **Attorney for Defendant**
   **CESAR CABALLERO**

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                 SACRAMENTO DIVISION

11

12

13  UNITED STATES OF AMERICA,              ) Case No.  2:11-MJ-0035 EFB
                                           )
14                                         )
                                           )
15                         Plaintiff,      ) **STIPULATION AND ORDER TO**
                                           ) **CONTINUE BENCH TRIAL**
16       v.                                )
                                           )
17                                         )
                                           )
18  CESAR CABALLERO,                       )
                                           )
19                         Defendant.      )
                                           )
20

21

22        It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF

23  AMERICA, through its counsel of record, David L. Stevens, Special Assistant United

24  States Attorney, and Defendant, CESAR CABALLERO, through his counsel of record,

25  Joseph J. Wiseman, that the bench trial of Defendant now scheduled for May 17, 2011,

26  at 10:00 a.m., be rescheduled to August 30, 2011, at 10:00 a.m.

27        The parties are entering into this Stipulation to provide additional time for

28  Defendant's counsel to review and discuss with Defendant additional relevant discovery

                                              1

that the government recently provided to the defense.

Dated: May 16, 2011                    Respectfully submitted,

                                       By: /s/ Joseph J. Wiseman
                                       JOSEPH J. WISEMAN

                                       Attorney for Defendant
                                       CESAR CABALLERO

Dated: May 16, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:    /s/David Stevens
                                         David Stevens, SAUSA
                                         Attorney for Plaintiff
                                         UNITED STATES OF AMERICA
                                         Per Phone agreement


## ORDER

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

bench trial in the above-captioned case be continued to August 30, 2011 at 10:00 a.m.

DATED:  May 16, 2011.

                           EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Bench Trial                          CR. S-11 0035 EFB
And Order