**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone:  530.759.0700
　Facsimile:    530.759.0800

**Attorney for Defendant**
**CESAR CABALLERO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CESAR CABALLERO,<br>　　　　　　　Defendant. | Case No. CR.S 11 0035 EFB<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING** |

　　It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, David L. Stevens, Special Assistant United States Attorney, and Defendant, CESAR CABALLERO, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for November 14, 2011 at 10:00 a.m., be rescheduled to January 9, 2012 at 10:00 a.m.

　　Pursuant to this stipulation, the Proposed Presentence Report shall be disclosed to Counsel no later than November 29, 2011, Defendant's Written Objections shall be due December 13, 2011, Pre-Sentence Report shall be filed with the Court December 20, 2011, Defendant's Motion to Correct the Presentence Report shall be due on December

1  27, 2011, and Plaintiff's Opposition/Reply to said motion shall be due on January 3,
2  2012.
3       The parties are requesting this continuance to allow United States Probation
4  Office additional time to meet with Defendant.
5
6  Dated: October 12, 2011                Respectfully submitted,
7                                         JOSEPH J. WISEMAN, P.C.
8                                         By:   /s/ Joseph J. Wiseman
9                                               JOSEPH J. WISEMAN
                                                Attorney for Defendant
10                                              CESAR CABALLERO
11
12 Dated: October 12, 2011                BENJAMIN B. WAGNER
                                          United States Attorney
13
14
15                                        By:   /s/ David L. Stevens
                                                David L. Stevens
16                                              Special Assistant United States Attorney
17                                              Attorney for Plaintiff
18                                              UNITED STATES OF AMERICA
19
20
21                                     **ORDER**
22
23     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the
   judgment & sentencing in the above-captioned case be continued to January 9, 2012 at
24 10:00 a.m.
25 Dated:  October 17, 2011.            _____
26                                      EDMUND F. BRENNAN
27                                      UNITED STATES MAGISTRATE JUDGE
28

2

Stipulation And Order To Continue Sentencing                   Case No. CRS 11-0035 EFB