1  DANIEL J. BRODERICK, Bar #89424
Federal Defender
2  RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
3  801 I Street, 3rd Floor
Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
CESAR CABALLERO

6

                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

UNITED STATES OF AMERICA,    )    Mag. No. 11-00035-EFB
10                            )
              Plaintiff,      )    **STIPULATION AND ORDER TO**
11                            )    **CONTINUE SELF-SURRENDER DATE**
          v.                  )
12                            )    JUDGE: Hon. Edmund F. Brennan
CESAR CABALLERO,              )
13                            )
              Defendant.      )
14                            )
_____
15

16

17        Defendant, through counsel, hereby requests an extension of his

18  self-surrender date on his 90-day sentence from October 15, 2012 to

19  January 15, 2013, at 2:00 p.m.  The United States concurs with this

20  request.

21        Mr. Caballero seeks an extension of time to self-surrender

22  because the civil trial in case number Civ. S. 08-03133-JAM was

23  continued by the Court to December 3, 2012.  Mr. Caballero is

24  representing himself pro se in that case and will need to appear at his

25  trial on that date.  The original October self-surrender date was set

26  because the civil trial was expected to start in September 2012.  The

27  continuance of the civil trial necessitates a continuance of Mr.

28  Caballero's self-surrender date.

1    Based upon the foregoing, the parties stipulate and request that

2  this Court enter an Order extending the self-surrender date to January

3  15 2013, at 2:00 p.m.

4

5  Dated:  July 12, 2012
                                   Respectfully submitted,
6                                  DANIEL J. BRODERICK
                                   Federal Defender
7

8                                  /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
9                                  Research & Writing Attorney

10                                 BENJAMIN B. WAGNER
                                   United States Attorney
11

12 Dated: July 12, 2012

13                                 By  /s/ Rachelle Barbour for
                                   CHRIS CHANG
14                                 Special Assistant United States Attorney
                                   Attorney for Plaintiff
15

16                              O R D E R

17

18      The date of October 15, 2012 for self-surrender is vacated.

19 The new date of January 15, 2013, at 2:00 p.m. is set for

20 self-surrender.

21      The court is not inclined to grant further extensions of the

22 self-surrender date.

23 DATED:  July 17, 2012.

24                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28                                    2