HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Avenue, Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
CESAR CABALLERO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CESAR CABALLERO,<br><br>          Defendant. | Cr. No. 11-mj-0035-EFB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING AND VACATING THE CURRENT BRIEFING SCHEDULE<br><br>Date:  March 9, 2015<br>Time:  10:00 a.m.<br>Judge: Edmund F. Brennan |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Justin Lee and defendant, Cesar Caballero, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A Judgment and Sentencing is currently set for March 9, 2015 at 10:00 a.m.

2. By this stipulation, the above-named defendant now moves to continue the Judgment and Sentencing to April 10, 2015 at 2:00 p.m.

- 1 -

Caballero stipulation
and proposed order

3. Further, a briefing schedule was set by Mr. Caballero's previous attorney.  The parties stipulate that the briefing schedule currently set can be vacated.  If a further briefing schedule is needed, the parties will discuss the matter, and then file the appropriate request with the Court and on the Electronic Case File System ("ECF").

4.  Plaintiff does not oppose this request.

5. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a. Counsel was recently appointed and needs time to read the materials, and then further discuss the case with Mr. Caballero.

6. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: February 24, 2015        BENJAMIN B. WAGNER
                                Unites States Attorney

                                /s/ Justin Lee_____
                                JUSTIN LEE
                                Assistant United States Attorney
                                for Plaintiff United States

/////

/////

/////

- 2 -

Caballero stipulation
and proposed order

1  DATED: February 24, 2015        HAYDN-MYER LAW OFFICE

2                                  /s/ Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER
3                                  Attorney for Cesar Caballero

4

5                                       **ORDER**

6
          IT IS SO FOUND AND ORDERED this 25th of February, 2015.
7

8

9

                                   EDMUND F. BRENNAN
10                                 UNITED STATES MAGISTRATE JUDGE