```
HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Avenue, Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
CESAR CABALLERO
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CESAR CABALLERO,<br><br>　　　　Defendant. | Cr. No. 11-mj-0035-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:　April 10, 2015<br>Time:　2:00 p.m.<br>Judge: Edmund F. Brennan |

**STIPULATION**

　　Plaintiff, United States of America, through Assistant U.S. Attorney Laura Huggins and defendant, Cesar Caballero, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

　　1. A Judgment and Sentencing is currently set for April 10, 2015 at 2:00 p.m.

　　2. By this stipulation, the above-named defendant now moves to continue the Judgment and Sentencing to June 4, 2015 at 2:00 p.m.

　　3. Plaintiff does not oppose this request.

- 1 -

Caballero stipulation
and proposed order

4. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a. Counsel was recently appointed and needs additional time to read the materials, and then further discuss the case with Mr. Caballero.

    b. Further, counsel has met with Mr. Caballero on two separate occasions and counsel intends to file a Supplemental Judgment and Sentencing Memorandum.  The additional time is necessary to allow counsel time to gather additional documents, draft the Supplemental Judgment and Sentencing Memorandum, meet with Mr. Caballero, and then allow the government, if necessary, to file a Reply/Response.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

DATED: April 6, 2015         BENJAMIN B. WAGNER
                             Unites States Attorney

                             /s/ Laura Huggins_____
                             LAURA HUGGINS
                             Assistant United States Attorney
                             for Plaintiff United States

/////

/////

/////

- 2 -

Caballero stipulation
and proposed order

DATED: April 6, 2015			HAYDN-MYER LAW OFFICE

					/s/ Christopher Haydn-Myer
					CHRISTOPHER HAYDN-MYER
					Attorney for Cesar Caballero


					**ORDER**


	IT IS SO FOUND AND ORDERED this 7th day of April, 2015.


					EDMUND F. BRENNAN
					UNITED STATES MAGISTRATE JUDGE

Caballero stipulation
and proposed order