HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Avenue, Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
CESAR CABALLERO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>CESAR CABALLERO,<br><br>            Defendant. | Cr. No. 11-mj-0035-EFB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING JUDGMENT AND<br>SENTENCING<br><br>Date:  June 4th, 2015<br>Time:  2:00 p.m.<br>Judge: Edmund F. Brennan |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Laura Huggins and defendant, Cesar Caballero, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A Judgment and Sentencing is currently set for June 4th, 2015 at 2:00 p.m.

2. By this stipulation, the above-named defendant now moves to continue the Judgment and Sentencing to June 29th, 2015 at 10:00 a.m.

3. Plaintiff does not oppose this request.

- 1 -

Caballero stipulation
and proposed order

4. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. Counsel has reviewed the materials, met with Mr. Caballero on four separate occasions, and counsel intends to file a Supplemental Judgment and Sentencing Memorandum.  The additional time is necessary to allow counsel time to gather additional documents, draft the Supplemental Judgment and Sentencing Memorandum, meet with Mr. Caballero, and then allow the government, if necessary, to file a Reply/Response.  It is counsel's intent to file the Supplemental Judgment and Sentencing Memorandum by June 5th, 2015.

   b. Further, counsel inadvertently set the current Judgment and Sentencing on the same date, June 4th, as both of counsel's children's graduations.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

DATED: May 29, 2015          BENJAMIN B. WAGNER
                             Unites States Attorney

                             /s/ Laura Huggins_____
                             LAURA HUGGINS
                             Assistant United States Attorney
                             for Plaintiff United States

///

- 2 -

Caballero stipulation
and proposed order

```
DATED: May 29, 2015            HAYDN-MYER LAW OFFICE

                               /s/ Christopher Haydn-Myer
                               CHRISTOPHER HAYDN-MYER
                               Attorney for Cesar Caballero
```

**ORDER**

 IT IS SO FOUND AND ORDERED this 1st day of June, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Caballero stipulation
and proposed order