UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>CESAR CABALLERO,<br><br>  Movant. | No. 2:11-mj-35-EFB-P<br><br><br><br>ORDER |

Movant, who proceeds without counsel on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, requests the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2255 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, it hereby is ORDERED that movant's request for appointment of counsel (ECF No. 77) is denied without prejudice.

Dated: June 7, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE